## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| **MATIAS PALAJ GOMEZ,** | : |
| Plaintiff, | : |
| | : Civil Action Number: |
| vs. | : |
| | : 2:12-CV-00111-WCO |
| **MORRIS HATCHERY, INC. and KEVIN SMITH,** | : |
| Defendants. | : |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Matias Palaj Gomez, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the above styled action without prejudice.

Respectfully submitted,

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3171
(404) 979-3170 (f)
kevin.fitzpatrick@dcbflegal.com
charlesbridgers@dcbflegal.com

**DELONG, CALDWELL, BRIDGERS & FITZPATRICK, LLC**

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.,
Ga. Bar No. 262375

*s/ Charles R. Bridgers*
Charles R. Bridgers
Ga. Bar No. 080791

COUNSEL FOR PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| **MATIAS PALAJ GOMEZ,** | : |
| Plaintiff, | : |
| | : Civil Action Number: |
| vs. | : |
| | : 2:12-CV-00111-WCO |
| **MORRIS HATCHERY, INC. and KEVIN SMITH,** | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2012, I have caused to be served the foregoing NOTICE OF VOLUNTARY DISMISSAL to all parties of record through the electronic system of the Northern District of Georgia, Gainesville Division.

*s/Charles R. Bridgers*
Ga. Bar No. 262375
Counsel for Plaintiff